850

No. 27, Misc. GREGORY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Simon E. Soboloff, then Solicitor General, Assistant Attorney General Olney, Beatrice Rosenberg and Julia P. Cooper for the United States.

No. 30, Misc. DYKE, ADMINISTRATRIX, v. DYKE ET AL. C. A. 6th Cir. Certiorari denied. Jas. P. Brown and Hobart F. Atkins for petitioner. J. H. Doughty for respondents.

No. 31, Misc. MAHURIN v. TOMLINSON, JUDGE. Supreme Court of Missouri. Certiorari denied.

No. 32, Misc. FARMER v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 34, Misc. MARRON v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 39, Misc. WILLIAMS v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 40, Misc. KRYDER v. GEORGIA. Supreme Court of Georgia. Certiorari denied. Walter B. Fincher for petitioner.

No. 41, Misc. OREGON EX REL. SHERWOOD v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 42, Misc. IN RE KAUFFMAN. Supreme Court of Wisconsin. Certiorari denied. Jack J. Schumacher for petitioner. Vernon W. Thomson, Attorney General of Wisconsin, and William A. Platz, Assistant Attorney General, filed a brief in opposition to the petition.